UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1: -CR- |
| | : | |
| v. | : | |
| | : | (Judge        ) |
| JENNIFER WERZYN, | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### 18 U.S.C. § 1343
### (Wire Fraud)

From 2021 through 2025, in Cumberland County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**JENNIFER WERZYN**

did knowingly and intentionally devised a scheme and artifice to defraud another, specifically her employer identified herein as "the Company," to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice and attempting to do so

caused to be transmitted by means of wire communications in interstate commerce signals and sounds.

As part of the scheme to defraud, the defendant spent hundreds of thousands of dollars on personal expenses using the Company credit card. She concealed the transactions by fraudulently reporting the transactions on the Company recordkeeping system as corporate expenses.

For example, and in furtherance of this scheme, on or about November 6, 2023, the defendant ordered appliances for her home, charging over $1,000 to the company credit card and falsely reporting the purchases as the Company's expenses. The purchases caused a wire transmission to cross state lines.

In violation of Title 18, United States Code, Section 1343.

BRIAN D. MILLER
United States Attorney

_____          11/17/2025
MICHAEL A. CONSIGLIO                Date
Assistant United States Attorney