UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:25-CR- |
| | ) | |
| v. | ) | (Judge         ) |
| | ) | |
| JENNIFER WERZYN, | ) | |
| Defendant. | ) | (Electronically Filed) |

## P R A E C I P E

TO:   PETER J. WELSH

SIR:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address: Stanton D. Levenson, Esq., 6105 Spirit, St #447, Pittsburgh, PA 15206. A copy of this summons should also be served on the defendant.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Dated: November 17, 2025

s/ Michael A. Consiglio
Michael A. Consiglio
Attorney ID No. PA 76103
1501 North 6th Street, Box 202
Harrisburg, PA 17102
Tel: (717) 221-4482
Michael.Consiglio@usdoj.gov