# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:25-CR-00286** |
| | : | |
| v. | : | **(Judge Neary)** |
| | : | |
| **JENNIFER WERZYN,** | : | |
| | : | |
| **Defendant** | : | |

Type of Case:   ( ) Civil   (**x**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

Sylvia H. Rambo United States Courthouse        COURTROOM No. 7A
1501 North 6th Street                           7th Floor
Harrisburg, PA 17102                            **January 6, 2026**
                                                Time: **11:00 a.m.**

TYPE OF PROCEEDING:                             **IA/Arr./Plea Hearing**

                                                Peter J. Welsh, Clerk of Court
                                                *s/ Maureen Walker*
                                                Maureen Walker, Deputy Clerk

DATED: November 18, 2025

To:   U.S. Attorney's Office – M. Consiglio
      Defendant – via defense counsel – S. Levenson
      U.S. Marshal
      Pretrial / Probation
      File